**EXHIBIT A**

| Employee | Back Wages | Liquidated Damages | Total |
|---|---|---|---|
| Jeffrey Bolton | $49.51 | $12.38 | **$61.89** |
| Justin Burns | $509.83 | $127.46 | **$637.29** |
| Jayson Clevenger | $312.60 | $78.15 | **$390.75** |
| Dave Edwards | $620.14 | $155.04 | **$775.18** |
| Rick Ellis | $3,375.36 | $843.84 | **$4,219.20** |
| Nicholas Hawkins | $4,013.13 | $1,003.28 | **$5,016.41** |
| David Hunt | $210.22 | $52.56 | **$262.78** |
| Joshua Johnson | $113.09 | $28.27 | **$141.36** |
| Kent Klosterman | $197.27 | $49.32 | **$246.59** |
| Tim Klosterman | $178.91 | $44.73 | **$223.64** |
| Jeffrey Mills | $47.50 | $11.88 | **$59.38** |
| Jason Monhollen | $80.15 | $20.04 | **$100.19** |
| Ken Rose | $1,257.97 | $314.49 | **$1,572.46** |
| Reuben Smith | $176.17 | $44.04 | **$220.21** |
| Kevin Vititoe | $991.99 | $248.00 | **$1,239.99** |
| Scott Wilt | $2,078.61 | $519.65 | **$2,598.26** |
| | | | |
| Total: | $14,212.45 | $3,553.13 | **$17,765.58** |